# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ALVIN S. CARTER**                                                                         **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 3:22-cv-605-HTW-LGI**

**FAIRWAY INDEPENDENT MORTGAGE COMPANY**          **DEFENDANT**

## FINAL JUDGMENT

    This Court entered its Order on this date adopting the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac, whereby this Court dismissed this lawsuit without prejudice. For the reasons assigned in the Report and Recommendation of the Magistrate Judge and this Court's previous Order, which is incorporated herein, this case is hereby dismissed without prejudice.

    **SO ORDERED this the <u>3rd</u>, day of July 2024.**

                                                       /s/HENRY T. WINGATE
                                                       **UNITED STATES DISTRICT JUDGE**